443 A.2d 400

Weinstock, Appellant v. Weinstock.

January 21, 1981. Elliot B. Edley, for appellant; Joseph J. Savitz, for appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.